LAW OFFICES
# ELKIND AND DiMENTO
A PROFESSIONAL CORPORATION
2090 EAST ROUTE 70
CHERRY HILL, N.J. 08003-1250

GARY N. ELKIND
ANTHONY F. DiMENTO*

www.elkind-dimento.com

*MEMBER NEW JERSEY AND
PENNSYLVANIA BARS

856-424-7800
FAX: 856-424-4580

April 4, 2008

Magistrate Judge Schneider
United States District Court
District of New Jersey
1 John F. Gerry Plaza
Room 6040, P.O. Box 889
Camden, NJ 08101

**RECEIVED**
APR 0 4 2008
JOEL SCHNEIDER
U.S. Magistrate Judge

RE: Best Management Consultants, Inc. v. IValue Internet, Inc., et al.
U.S.D.C. District of NJ, NO.: 08cv823 (RBK)
Plaintiff's Motion to Deposit Funds into Escrow

Dear Judge Schneider:

In looking at the Court Docket, I learned that the above noted Motion was still listed for April 7, 2008. As Your Honor may recall, the Motion was the subject matter of a Conference before Your Honor on March 25, 2008. At that time, a Settlement Conference was scheduled for May 9, 2008 and it was discussed and agreed upon that the Motion would be held in abeyance until the conclusion of the Settlement Conference.

I enclose a copy of correspondence Plaintiff's counsel, Dean E. Weisgold, forwarded to the Honorable Robert B. Kugler confirming the request to hold the Motion in abeyance. Accordingly, would Your Honor kindly continue the above noted Motion until June 2, 2008. Defendant's response will therefore be due on May 19, 2008 which is subsequent to the Settlement Conference scheduled for May 9, 2008.

Respectfully yours,

GARY N. ELKIND

GNE/lg
cc: Dean E. Weisegold, Esquire
**VIA FAX**

So Ordered this 4th day
of April, 2008.
JOEL SCHNEIDER, USMJ

**Admitted to PA and NJ Bars**

**DEAN E. WEISGOLD**
**LEONARD A. WINDISH**

## LAW OFFICES
## DEAN E. WEISGOLD, P.C.
1835 Market Street
Suite 1215
Philadelphia, PA 19103
Telephone (215) 599-0327
Facsimile (215) 599-0322
e-mail: weisgoldlaw@aol.com

Sentry Office Plaza, Suite 602
216 Haddon Avenue
Westmont, NJ 08108-2815
(856) 858-4202
Facsimile: (856) 858-4606
e-mail: weisgoldlaw@aol.com

Direct Dial for Dean E. Weisgold
(215) 979-7602
Email: weisgoldlaw@aol.com

Direct Dial for Leonard A. Windish
(215) 979-7605
Email: lwindish@verizon.net

March 27, 2008

Honorable Robert B. Kugler
United States District Court
District of New Jersey
1 John F. Gerry Plaza
Room 6040, P.O. Box 889
Camden, NJ 08101

RE: Best Management Consultants, Inc. v. IValue Internet, Inc., et al.
U.S.D.C. District of NJ, No. 08cv823 (RBK)

Dear Judge Kugler:

This Firm represents plaintiff, Best Management Consultants, Inc., in connection with the above-referenced matter. We are scheduled for a settlement conference on May 9, 2008 at 2:00 p.m., with the Honorable Joel Schneider. I am respectfully requesting that the pending motion to deposit monthly payments into Court be held in abeyance until the conclusion of that conference.

All counsel and Judge Schneider are in agreement with this request.

Thank you for your attention to this matter.

Respectfully,

Dean E. Weisgold

DEW:dlb
cc: Gary N. Elkind, Esquire
Robert F. Sulzbach
Steven M. Plon, Esquire